

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 1 5 07

CLERK, U.S. DISTRICT COURT
By ___O R I G I N A L___
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA          §
     VS                                           §
GALDINO CEDILLO-ORTEGA (1), defendant          §     4:07-CR-083-Y

## REPORT OF ACTION AND RECOMMENDATION ON PLEA
## BEFORE THE UNITED STATES MAGISTRATE JUDGE

This Report of Action on Plea is submitted to the court pursuant to 28 U.S.C. § 636(b)(3).

This case has been referred by the United States District Judge to the undersigned for the taking

of a guilty plea. The parties have consented to appear before a United States Magistrate Judge for

these purposes.

The defendant appeared with counsel, William Hermesmeyer, before the undersigned

United States Magistrate Judge who addressed the defendant personally in open court and

informed the defendant of, and determined that the defendant understood, the admonitions

contained in Rule 11 of the Federal Rules of Criminal Procedure.

The defendant pled guilty (~~pursuant to a plea bargain agreement with the Government~~) to

count one of the one-count Indictment charging defendant with the violation of count one:

violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and (B)(i). The undersigned Magistrate Judge finds the

following:

    1. The defendant, with the advice of his attorney, has consented orally and in
    writing to enter this guilty plea before a Magistrate Judge subject to final approval
    and sentencing by the presiding District Judge;

    2. The defendant fully understands the nature of the charges and penalties;

    3. ~~The defendant fully understands the terms of the plea agreement;~~

4. The defendant understands his constitutional and statutory rights and wishes to waive these rights, including the right to a trial by jury and the right to appear before a United States District Judge;

5. The defendant's plea is made freely and voluntarily;

6. The defendant is competent to enter this plea of guilty;

7. There is a factual basis for this plea; and

8. The ends of justice are served by acceptance of the defendant's plea of guilty.

Although I have conducted these proceedings, accepted the defendant's plea of guilty, and pronounced him guilty in open court, upon the defendant's consent and the referral from the United States District Judge, that judge has the power to review my actions in this proceeding and possesses final decision making authority. Thus, if the defendant has any objections to the findings or any other action of the undersigned he should make those known to the United States District Judge within ten days of today.

I recommend that defendant's plea of guilty be accepted and that the defendant be adjudged guilty by the United States District Judge and that sentence be imposed accordingly.

Signed August 15, 2007.

_____
CHARLES BLEIL
UNITED STATES MAGISTRATE JUDGE

jhs